# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **09 Mag. 509**  
USAO No. **2009R00526**

Date **August 29, 2024**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

*United States v.* **Luis Fernando Lozano**

The Complaint/Rule 40 Affidavit was filed on **March 30, 2009**

✓ U.S. Marshals please withdraw warrant

**JUSTIN HORTON**  
Digitally signed by JUSTIN HORTON  
Date: 2024.08.29 16:08:37 -04'00'

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: August 29, 2024

*[signature]*

UNITED STATES MAGISTRATE JUDGE